# EXHIBIT A

**SECURITIES AND EXCHANGE COMMISSION V. TODAYS GROWTH CONSULTANT**
**D/B/A THE INCOME STORE AND KENNETH D. COURTRIGHT, III**
**CASE NO: 1:19-CV-08454**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

## Transfers to Pepperdine University

**Source:** QuickBooks, Heartland 5912, and PNC 9798 records.

| Bank Account | GL Date | Statement Clearing Date | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|
| HB-5912 | 10/05/16 | 10/05/16 | Pepperdine University | $    - | $    10,000.00 |
| HB-5912 | 11/16/16 | 11/16/16 | Pepperdine University | - | 16,790.56 |
| HB-5912 | 01/18/17 | 01/20/17 | Pepperdine University | - | 13,000.00 |
| HB-5912 | 02/13/17 | 02/13/17 | Pepperdine University | - | 14,256.48 |
| HB-5912 |  | 08/24/17 | Pepperdine University | - | 39,103.96 |
| HB-5912 | 10/19/17 | 10/19/17 | Pepperdine University | - | 4,000.00 |
| HB-5912 | 01/29/18 | 01/29/18 | Pepperdine University | - | 25,165.83 |
| HB-5912 | 09/10/18 | 09/10/18 | Pepperdine University | - | 27,891.00 |
| PNC-9798 | 04/23/19 | 04/23/19 | Pepperdine University | - | 4,000.00 |
| PNC-9798 | 05/15/19 | 05/15/19 | Pepperdine University | - | 25,500.00 |
| PNC-9798 | 05/15/19 | 05/15/19 | Pepperdine University | - | 25,500.00 |
| PNC-9798 | 08/08/19 | 08/08/19 | Pepperdine University | - | 25,500.00 |
| PNC-9798 | 08/08/19 | 08/08/19 | Pepperdine University | - | 25,500.00 |
| PNC-9798 | 09/17/19 | 09/17/19 | Pepperdine University | - | 12,395.04 |
| PNC-9798 | 09/17/19 | 09/17/19 | Pepperdine University | - | 12,395.04 |
|  |  |  |  |  |  |
|  |  |  |  | $    - | $    280,997.91 |
|  |  |  |  |  |  |

Exhibit A, Page 18