JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  MELANIE E. DAMIAN,                    CV 21-2575 PA (JPRx)
12              Plaintiff,               JUDGMENT
13        v.
14  PEPPERDINE UNIVERSITY,
15              Defendants.
16
17

18        Pursuant to the Court's April 6, 2021 Minute Order dismissing this action for lack of
19  prosecution and for failure to comply with a Court order,
20        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is
21  dismissed without prejudice.
22        IT IS SO ORDERED.
23
24  DATED: April 6, 2021
                                        _____
25                                              Percy Anderson
                                        UNITED STATES DISTRICT JUDGE
26
27
28